## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| TOMMY L. BAKER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:05-cv-0650-JDT-TAB |
| | ) | |
| JENNIFER S. GOLIAH, | ) | |
| | ) | |
| Defendant. | ) | |

### E N T R Y

The "preliminary injunction" filed by the plaintiff on December 21, 2005, is construed as his request for the issuance of a preliminary injunction, wherein he seeks an order restraining prison medical authorities from permitting a particular medical worker, the defendant in this case, from working near the plaintiff at the prison where the plaintiff is confined. The reason offered in support of this request is the plaintiff's belief that the defendant has become agitated with the plaintiff. The plaintiff cites no conduct to support that the reasonableness of that belief, and no statement or behavior from the defendant herself is offered to suggest that the manner in which she discharges her duties is affected by her knowledge of this lawsuit or by any ill-will she has toward the plaintiff.

The plaintiff's previous request for an emergency injunction and temporary restraining order was denied because process had not been served on the defendant and the court has not acquired jurisdiction over the defendant. The defendant still has not appeared in the action, and whether she will do so remains to be seen.

The intrusion sought by the plaintiff in his request for a preliminary injunction is significant, and is not remotely justified by the circumstances he has outlined. The request for a preliminary injunction filed on December 21, 2005, is **denied.**

**IT IS SO ORDERED.**

Date: 01/04/2006

John Daniel Tinder, Judge
United States District Court

Copies to:

Tommy L. Baker, DOC # 904307
727 Moon Road
Plainfield, IN 46168-9400

Jennifer S. Goliah
Chardonnay Dialysis, Inc.
807 West Fairchild
Danville, IL    61832