UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| TOMMY L. BAKER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:05-cv-0650-JDT-TAB |
| | ) | |
| JENNIFER S. GOLIAH, | ) | |
| | ) | |
| Defendant. | ) | |

# E N T R Y

The plaintiff's request to be supplied with a copy of the docket sheet is **granted.** The clerk shall include a copy of the requested document with the plaintiff's copy of this Entry.

**IT IS SO ORDERED.**

Date: 03/27/2006

John Daniel Tinder, Judge
United States District Court

Distribution:

Tommy L. Baker, DOC # 904307
727 Moon Road
Plainfield, IN 46168-9400

Jennifer S. Goliah
Chardonnay Dialysis, Inc.
807 West Fairchild
Danville, IL   61832

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.